## People of the State of Illinois ex rel. John J. Kronenbitter, Appellee, v. Board of Trustees of Firemen's Pension Fund of Village of Maywood, Illinois, et al., Appellants.

Gen. No. 42,340.

opinion filed March 2, 1943. Louis Ancel, for appellants; Norman A. Beck and Frank P. Mies, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''